UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSHUA L. HEDLUND,

    Plaintiff,

vs.

WESTERN REGIONAL OFFICE OF THE FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

No. C 11-3383 PJH (PR)

**ORDER OF DISMISSAL**

This pro se action was filed on July 11, 2011. On that same day the court notified petitioner that he had not paid the filing fee or submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. Petitioner claimed in a letter received on August 22, 2011, that he was having the fee sent by the prison, that his brother had sent a fee that was returned, and that his brother was sending the fee again. As a result of the letter, the court has waited more than sixty days beyond the deadline, but still no fee has been received, whether from petitioner or his brother.

This case is therefore **DISMISSED** without prejudice. All pending motions are **DENIED** as moot. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

                PHYLLIS J. HAMILTON
                United States District Judge

P:\PRO-SE\PJH\HC.11\HEDLUND3383.DIS-IFP.wpd