**United States District Court**
For the Northern District of California

1
2
3           UNITED STATES DISTRICT COURT
4           NORTHERN DISTRICT OF CALIFORNIA
5                 OAKLAND DIVISION
6
7   JOSHUA L. HEDLUND,
8               Plaintiff,                     No. C 11-3383 PJH (PR)
9     vs.                                      **ORDER OF DISMISSAL**
10  WESTERN REGIONAL OFFICE OF
    THE FEDERAL BUREAU OF
11  PRISONS, et al.,
12              Defendants.
                                    /
13
14        This pro se action was filed on July 11, 2011.  On that same day the court notified
15  petitioner that he had not paid the filing fee or submitted an application for leave to proceed
16  in forma pauperis.  A copy of the court's form for applications to proceed in forma pauperis
17  was provided with the notice, along with a return envelope.  Petitioner was informed that if
18  he did not either pay the fee or file the application within thirty days the case would be
19  dismissed.  Petitioner claimed in a letter received on August 22, 2011, that he was having
20  the fee sent by the prison, that his brother had sent a fee that was returned, and that his
21  brother was sending the fee again.  As a result of the letter, the court has waited more than
22  sixty days beyond the deadline, but still no fee has been received, whether from petitioner
23  or his brother.
24        This case is therefore **DISMISSED** without prejudice.  All pending motions are
25  **DENIED** as moot.  The clerk shall close this file.
26        **IT IS SO ORDERED.**
27  Dated: November 7, 2011.          _____
28                                         PHYLLIS J. HAMILTON
                                           United States District Judge

P:\PRO-SE\PJH\HC.11\HEDLUND3383.DIS-IFP.wpd